# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIERFT NOEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 24-cv-12117-JEK |
| SHAWN ZOLDAK, STACY BUTKOWSKI, | ) |
| MANDY MAYNORD, SHAWN P. JENKINS, | ) |
| DEANA AQUAFRESCA, | ) |
| SYDNEY RESENDES, and MICHAEL FONTAIN, | ) |
| | ) |
| Defendants. | ) |

## <u>ORDER</u>

**KOBICK, J.**

The Court is in receipt of plaintiff Kierft Noel's late-filed renewed motion for leave to proceed *in forma pauperis*, ECF 11, Prisoner Trust Fund Account Statements, ECF 6 and 12, and motion to amend the complaint, ECF 10. The Court orders as follows:

1.      The Orders of Dismissal without prejudice in this action, ECF 7 and 8, are <u>VACATED</u> and the action is <u>REINSTATED</u>.

2.      Noel's renewed motion for leave to proceed *in forma pauperis*, ECF 11, is <u>ALLOWED</u>. Pursuant to 28 U.S.C. § 1915(b)(1), an initial partial filing fee of $34.95 is assessed. The remaining $315.05 shall be collected in accordance with 28 U.S.C. § 1915(b)(2).

3.      Noel's motion to file an amended complaint, ECF 10, is <u>ALLOWED</u>. Noel shall file an amended complaint—a new and standalone document that includes all parties and claims, and that does not rely on the original complaint—by **<u>November 8, 2024</u>**. If Noel fails to file an amended complaint by that date, the original complaint will be screened pursuant to 28 U.S.C. §§ 1915 and 1915A.

4.  Summonses shall not issue absent further order of the Court.

SO ORDERED.

                                     /s/ Julia E. Kobick
                                     JULIA E. KOBICK

Dated:  October 11, 2024                 UNITED STATES DISTRICT JUDGE